CHRISTINE NESTOR, Fla. Bar No. 597211
Email: nestorc@sec.gov
STEPHANIE N. MOOT, Fla. Bar No. 30377
Email: moots@sec.gov
ANDREW O. SCHIFF, Pa. Bar No. 43641
Email: schiffa@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone: (305) 982-6300
Facsimile: (305) 516-4154

LOCAL COUNSEL
DONALD W. SEARLES, Cal. Bar No. 135705
Email: searlesd@sec.gov
Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
Telephone: (323) 965-3398
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
Case No. 2:18-cv-10481-FMO (JC)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERT DAVIS, JR., et al.<br><br>　　　　Defendants. | Hearing Date: _August 20, 2020<br>Time: 10 a.m.<br>Location: 350 W. 1st Street, 6th Floor, Courtroom 6D, Los Angeles, CA 90012<br>(Telephonic hearing requested) |

**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT DOCUMENTS OR MOTION ADDRESSING MONETARY RELIEF AGAINST THE DEFENDANTS**

1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 20, 2020 at 10 a.m. or as soon thereafter as this matter may be heard, before the Honorable Fernando M. Olguin, United States District Judge, located at 350 W. 1st Street, 6th Floor, Courtroom 6D, Los Angeles, CA 90012, the Plaintiff Securities and Exchange Commission's motion for an Order extending the deadline to determine monetary relief against the Defendants for 90 days. The grounds for the Unopposed Motion are that good cause exists for the extension because the Supreme Court's decision in *Liu v. SEC* has been rendered offering guidance on establishing the Defendants' respective disgorgement amounts which require additional assessment and authorization from the Commission. Should the Court find it appropriate to require a hearing on this matter, the Commission requests that it be held via telephone in light of restrictions related to the COVID 19 pandemic.

The Motion is based on this Notice, the motion and memo in support, all papers, pleadings, documents, arguments of counsel, and other materials presented before or during the hearing on this motion (if deemed necessary by the Court) and any other evidence and argument the Court may consider.

In accordance with Local Rule 7-3, counsel represents that they have conferred with counsel for the Defendants on various dates in July, 2020 regarding this motion and they have each indicated they do not oppose this motion.

July 20, 2020    Respectfully submitted,

By: *Christine Nestor & Stephanie N. Moot*
Christine Nestor & Stephanie N. Moot
Counsel for the Plaintiff
nestorc@sec.gov; moots@sec.gov
FL Bar No. 597211; FL Bar No. 30377
Telephone: (305) 982-6367; (305) 982-6313

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is: U.S. SECURITIES AND EXCHANGE COMMISSION, 801 Brickell Avenue, Suite 1950, Miami, Florida 33131 Telephone No. (305) 982-6300; Facsimile No. (305) 536-4154. On July 20, 2020 I caused to be served the document entitled Plaintiff's Notice and Unopposed Motion for Extension of Time to File Settlement Documents or Motion Addressing Monetary Relief Against the Defendants, on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒   **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐   **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 20, 2020                     */s/ Christine Nestor*
                                        Christine Nestor

**SEC v. Robert Davis, Jr., et al.**
**United States District Court – Central District of California**
**Case No. 2:18-cv-10481-FMO (JC)**

SERVICE LIST

Benette L. Zivley, Esq.
900 E. Pecan Street, Suite 300-#291
Pflugerville, TX 78660
Email: bzivley@outlook.com

Jonathan Schwartz, Esq.
4640 Admiralty Way, Suite 500
Marina Del Rey, CA 90292
Email: nasdlaw@aol.com
***Attorney for Defendants Robert S. Davis, Jr., Donald Anthony Mackenzie and Old Security Financial Group, Inc.***

D. Loren Washburn, Esq.
Jacob Fonnesbeck, Esq.
8 East Broadway, Suite 320
Salt Lake City, UT 84111
Email: lwashburn@smithwashburn.com
jfonnesbeck@smithwashburn.com

Brennan Moss, Esq.
Pia Anderson Moss Hoyt
136 E. South Temple, 19th Floor
Salt Lake City, UT 84111
Email: bmoss@pamhlaw.com
***Attorneys for Defendants Aaron A. Andrew and Paramount Financial Services, Inc.***

Lori Patterson, Esq.
Mark D. Griffin, Esq.
Joshua Tropper, Esq.
Baker, Donaldson, Bearman, Caldwell & Berkowitz, P.A.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Email: lpatterson@bakerdonalson.com
mgriffin@bakerdonaldson.com
***Attorneys for Defendants Jeffrey L. Wendel and Wendel Financial Network, LLC, Richard Fritts and Fritts Financial, LLC, and Gregory A. Koch and Koch Insurance Brokers, LLC, Gregory W. Anderson and Balanced Financial, Inc.***

Derek C. Anderson, Esq. Susie Youn, Esq.
Winget, Spadafora & Schwartzberg, LLP
2440 Junction Place, Suite 101
Boulder, CO 80301
Email: Anderson.d@wssllp.com
Youn.s@wssllp.com
***Attorneys for Defendants Marcus Bradford Bray and Bradford Solutions, LLC***

Stanley C. Morris, Esq.
Corrigan and Morris LLP
12300 Wilshire Boulevard Suite 210
Los Angeles, CA 90025
310-394-2800
Fax: 310-394-2825
Email: scm@cormorllp.com
***Attorneys for Defendant Charles Nilosek***