CHRISTINE NESTOR, Fla. Bar No. 597211
Email: nestorc@sec.gov
STEPHANIE N. MOOT, Fla. Bar No. 30377
Email: moots@sec.gov
ANDREW O. SCHIFF, Pa. Bar No. 43641
Email: schiffa@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone: (305) 982-6300
Facsimile: (305) 516-4154

LOCAL COUNSEL
DONALD W. SEARLES, Cal. Bar No. 135705
Email: searlesd@sec.gov
Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
Telephone: (323) 965-3398
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
Case No. 2:18-cv-10481-FMO (JC)

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  vs.

ROBERT DAVIS, JR., et al.

    Defendants.

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT DOCUMENTS OR MOTION ADDRESSING MONETARY RELIEF AGAINST THE DEFENDANTS**

1

Judgments for injunctive relief have been entered against each of the Defendants and the sole remaining issues are the assessment of disgorgement and civil penalties against the remaining Defendants, Robert S. Davis, Jr., Donald Anthony Mackenzie, Old Security Financial Group, Inc., Aaron A. Andrew, Paramount Financial Services, Inc., Jeffrey L. Wendel, Wendel Financial Network, LLC, Richard Fritts, Fritts Financial, LLC, Gregory A. Koch, Koch Insurance Brokers, LLC, Gregory W. Anderson, Balanced Financial, Inc., Marcus Bradford Bray, Bradford Solutions, LLC, and Charles Nilosek (collectively "Defendants").

On February 18, 2020, this Honorable Court granted the parties' unopposed motion for a stay of this matter pending the Supreme Court's decision in *Liu v. SEC*, case number 18-1501, 2019 WL 5659111 (U.S. Nov. 1, 2019) and allowing the Commission 30 days after the *Liu* decision to file its motions regarding the monetary remedies. DE 181.

On June 22, 2020, the Supreme Court issued its decision, *Liu v. SEC*, 140 S.Ct. 1936. Among other things, the decision confirmed the SEC's authority to seek disgorgement that does not exceed a wrongdoer's net profits. With this decision and the framework established by the Supreme Court, the Commission staff is determining what it believes is the appropriate amount of disgorgement against each Defendant. More specifically, the Commission staff has requested the Defendants provide additional information regarding permitted business expenses related to their sale of the Woodbridge product which could assist in determining the net profits gained by the Defendants. The Defendants are currently gathering this information and upon receipt the Commission staff will require time to review the documents.

It is the goal of the parties to resolve the remaining monetary claims; however, an analysis of additional information from the Defendants regarding expenses will be required. The Commission staff will also require authorization from the Commission in Washington D.C. prior to accepting the terms of any settlement or establishing the net profits and civil penalty amounts it will seek against the Defendants. Accordingly, the Commission requests and the Defendants do not oppose a 90 day extension of time through

1  Tuesday, October 20, 2020 to either file settlement documents for the Court's approval or
2  a motion to establish the monetary claims against the Defendants.
3       Good cause exists for granting the requested extension because the Supreme Court's
4  decision requires the parties to reassess their respective positions on the amount of
5  disgorgement owed by each Defendant.  The parties have acted with reasonable diligence
6  by holding telephone conferences regarding the effects of the *Liu* decision and agreeing
7  that the Defendants would endeavor to gather, review, and produce records (some of which
8  are several years old) to the Commission for consideration when determining the
9  appropriate disgorgement amount it should seek.
10      In accordance with Local Rule 7-3, counsel represents that they have conferred with
11 counsel for the Defendants on various dates in July, 2020 regarding this motion and they
12 have each indicated they do not oppose this motion.
13      WHEREFORE, for the foregoing reasons, the Plaintiff respectfully moves this Court
14 for an Order granting a 90 day extension of time for the Plaintiff to either file settlement
15 documents for the Court's approval or a motion to establish the monetary claims against
16 the Defendants.

18 July 20, 2020            Respectfully submitted,

19                     By: *Christine Nestor & Stephanie N. Moot*
20                          Christine Nestor & Stephanie N. Moot
                           Counsel for the Plaintiff
21                          nestorc@sec.gov; moots@sec.gov
22                          FL Bar No. 597211; FL Bar No. 30377
                           Telephone: (305) 982-6367; (305) 982-6313

25                         **PROOF OF SERVICE**

26 I am over the age of 18 years and not a party to this action. My business address is: U.S.
27 SECURITIES AND EXCHANGE COMMISSION, 801 Brickell Avenue, Suite 1950,
28 Miami, Florida 33131 Telephone No. (305) 982-6300; Facsimile No. (305) 536-4154. On

July 20, 2020, I caused to be served the document entitled Plaintiff's Unopposed Motion for Extension of Time, on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 20, 2020                               */s/ Christine Nestor*
                                                  Christine Nestor

**SEC v. Robert Davis, Jr., et al.**
**United States District Court – Central District of California**
**Case No. 2:18-cv-10481-FMO (JC)**

SERVICE LIST

Benette L. Zivley, Esq.
900 E. Pecan Street, Suite 300-#291
Pflugerville, TX 78660
Email: bzivley@outlook.com

Jonathan Schwartz, Esq.
4640 Admiralty Way, Suite 500
Marina Del Rey, CA 90292
Email: nasdlaw@aol.com
***Attorney for Defendants Robert S. Davis, Jr., Donald Anthony Mackenzie and Old Security Financial Group, Inc.***

D. Loren Washburn, Esq.
Jacob Fonnesbeck, Esq.
8 East Broadway, Suite 320
Salt Lake City, UT 84111
Email: lwashburn@smithwashburn.com
jfonnesbeck@smithwashburn.com

Brennan Moss, Esq.
Pia Anderson Moss Hoyt
136 E. South Temple, 19th Floor
Salt Lake City, UT 84111
Email: bmoss@pamhlaw.com
***Attorneys for Defendants Aaron A. Andrew and Paramount Financial Services, Inc.***

5

Lori Patterson, Esq.
Mark D. Griffin, Esq.
Joshua Tropper, Esq.
Baker, Donaldson, Bearman, Caldwell & Berkowitz, P.A.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Email: lpatterson@bakerdonalson.com
mgriffin@bakerdonaldson.com
***Attorneys for Defendants Jeffrey L. Wendel and Wendel Financial Network, LLC, Richard Fritts and Fritts Financial, LLC, and Gregory A. Koch and Koch Insurance Brokers, LLC, Gregory W. Anderson and Balanced Financial, Inc.***

Derek C. Anderson, Esq. Susie Youn, Esq.
Winget, Spadafora & Schwartzberg, LLP
2440 Junction Place, Suite 101
Boulder, CO 80301
Email: Anderson.d@wssllp.com
Youn.s@wssllp.com
***Attorneys for Defendants Marcus Bradford Bray and Bradford Solutions, LLC***

Stanley C. Morris, Esq.
Corrigan and Morris LLP
12300 Wilshire Boulevard Suite 210
Los Angeles, CA 90025
310-394-2800
Fax: 310-394-2825
Email: scm@cormorllp.com
***Attorney for Defendant Charles Nilosek***

6