CHRISTINE NESTOR, Fla. Bar No. 597211
Email:  nestorc@sec.gov
STEPHANIE N. MOOT, Fla. Bar No. 30377
Email:  moots@sec.gov
ANDREW O. SCHIFF, Pa. Bar No. 43641
Email:  schiffa@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone: (305) 982-6300
Facsimile: (305) 516-4154

LOCAL COUNSEL
DONALD W. SEARLES, Cal. Bar No. 135705
Email: searlesd@sec.gov
Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
Telephone: (323) 965-3398
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT DAVIS, JR., et al.<br><br>Defendants. | CV 18-10481 FMO (JCx)<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENTS AGAINST CERTAIN DEFENDANTS** |

Plaintiff Securities and Exchange Commission hereby submits this Unopposed Motion for Entry of Final Judgments against Certain Defendants in the forms attached:

1

Exhibit 1 – Consent of Defendant Andrew R. Andrew ("Andrew")

Exhibit 1A – Proposed Final Judgment as to Andrew

Exhibit 2 – Consent of Defendant Paramount Financial Services, Inc., d/b/a Live Abundant ("Live Abundant")

Exhibit 2A – Proposed Final Judgment as to Live Abundant

Exhibit 3 – Consent of Defendant Robert S. "Lute" Davis, Jr. ("Davis")

Exhibit 3A – Proposed Final Judgment as to Davis

Exhibit 4 – Consent of Defendant Donald Anthony Mackenzie ("Mackenzie")

Exhibit 4A – Proposed Final Judgment as to Mackenzie

Exhibit 5 – Consent of Defendant Old Security Financial Group, Inc. ("Old Security")

Exhibit 5A – Proposed Final Judgment as to Old Security

Exhibit 6 – Consent of Defendant Gregory W. Anderson ("Anderson")

Exhibit 6A – Proposed Final Judgment as to Anderson

Exhibit 7 – Consent of Defendant Balanced Financial, Inc. ("Balanced Financial")

Exhibit 7A – Proposed Final Judgment as to Balanced Financial

Exhibit 8 – Consent of Defendant Richard Fritts ("Fritts")

Exhibit 8A – Proposed Final Judgment as to Fritts

Exhibit 9 – Consent of Defendant Gregory A. Koch ("Koch")

Exhibit 9A – Proposed Final Judgment as to Koch

Exhibit 10 – Consent of Defendant Koch Insurance Brokers, LLC ("Koch Insurance")

Exhibit 10A – Proposed Final Judgment as to Koch Insurance

Exhibit 11 – Consent of Defendant Jeffrey L. Wendel ("Wendel")

Exhibit 11A – Proposed Final Judgment as to Wendel

Exhibit 12 – Consent of Defendant Wendel Financial Network, LLC ("Wendel Financial")

Exhibit 12A – Proposed Final Judgment as to Wendel Financial

The attached Consents and corresponding proposed Final Judgments, if approved by the Court, will resolve this case against only Andrew, Live Abundant, Davis, Mackenzie, Old Security, Anderson, Balanced Financial, Fritts, Koch, Koch Insurance, Wendel, and

Wendel Financial, in its entirety.

January 15, 2021                                 Respectfully submitted,

                                        By: *Christine Nestor & Stephanie N. Moot*
                                            Christine Nestor & Stephanie N. Moot
                                            Counsel for the Plaintiff
                                            nestorc@sec.gov; moots@sec.gov
                                            FL Bar No. 597211; FL Bar No. 30377
                                            Telephone: (305) 982-6367; (305) 982-6313

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is: U.S. SECURITIES AND EXCHANGE COMMISSION, 801 Brickell Avenue, Suite 1950, Miami, Florida 33131 Telephone No. (305) 982-6300; Facsimile No. (305) 536-4154. On January 15, 2021, I caused to be served the document entitled Plaintiff's Unopposed Motion for Entry of Final Judgments against Certain Defendants, on all the parties to this action addressed as stated on the attached service list:

☐   **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐   **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 15, 2021                         */s/ Stephanie N. Moot*
                                               Stephanie N. Moot

**SEC v. Robert Davis, Jr., et al.**
**United States District Court – Central District of California**
**Case No. 2:18-cv-10481-FMO (JC)**

SERVICE LIST

Benette L. Zivley, Esq.
900 E. Pecan Street, Suite 300-#291
Pflugerville, TX 78660
Email: bzivley@outlook.com

Jonathan Schwartz, Esq.
4640 Admiralty Way, Suite 500
Marina Del Rey, CA 90292
Email: nasdlaw@aol.com
*Attorney for Defendants Robert S. Davis, Jr., Donald Anthony Mackenzie and Old Security Financial Group, Inc.*

D. Loren Washburn, Esq.
Jacob Fonnesbeck, Esq.
8 East Broadway, Suite 320
Salt Lake City, UT 84111
Email: lwashburn@smithwashburn.com
jfonnesbeck@smithwashburn.com

Brennan Moss, Esq.
Pia Anderson Moss Hoyt
136 E. South Temple, 19th Floor
Salt Lake City, UT 84111
Email: bmoss@pamhlaw.com
*Attorneys for Defendants Aaron A. Andrew and Paramount Financial Services, Inc.*

Lori Patterson, Esq.
Mark D. Griffin, Esq.
Joshua Tropper, Esq.
Baker, Donaldson, Bearman, Caldwell & Berkowitz, P.A.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Email: lpatterson@bakerdonalson.com
mgriffin@bakerdonaldson.com

*Attorneys for Defendants Jeffrey L. Wendel and Wendel Financial Network, LLC, Richard Fritts and Fritts Financial, LLC, and Gregory A. Koch and Koch Insurance Brokers, LLC, Gregory W. Anderson and Balanced Financial, Inc.*

Derek C. Anderson, Esq. Susie Youn, Esq.
Winget, Spadafora & Schwartzberg, LLP
2440 Junction Place, Suite 101
Boulder, CO 80301
Email: Anderson.d@wssllp.com
Youn.s@wssllp.com
*Attorneys for Defendants Marcus Bradford Bray and Bradford Solutions, LLC*

Stanley C. Morris, Esq.
Corrigan and Morris LLP
12300 Wilshire Boulevard Suite 210
Los Angeles, CA 90025
310-394-2800
Fax: 310-394-2825
Email: scm@cormorllp.com
*Attorney for Defendant Charles Nilosek*