CHRISTINE NESTOR, Fla. Bar No. 597211
Email:  nestorc@sec.gov
STEPHANIE N. MOOT, Fla. Bar No. 30377
Email:  moots@sec.gov
ANDREW O. SCHIFF, Pa. Bar No. 43641
Email:  schiffa@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone: (305) 982-6300
Facsimile: (305) 516-4154

LOCAL COUNSEL
DONALD W. SEARLES, Cal. Bar No. 135705
Email:  searlesd@sec.gov
Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, CA 90071
Telephone: (323) 965-3398
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT DAVIS, JR., et al.<br><br>Defendants. | CV 18-10481 FMO (JCx)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ITS CIVIL PENALTY CLAIMS AGAINST CERTAIN DEFENDANTS** |

Plaintiff Securities and Exchange Commission hereby files this Notice of Voluntary Dismissal with Prejudice of its Civil Penalty Claims against Certain Defendants, namely,

Balanced Financial, Inc. ("Balanced Financial"), Fritts Financial, LLC ("Fritts Financial"), Koch Insurance Brokers, LLC ("Koch Insurance"), and Wendel Financial Network, LLC ("Wendel Financial").

The Court previously entered against Defendants Balanced Financial, Fritts Financial, Koch Insurance, and Wendel Financial bifurcated judgments imposing a permanent injunction. *See* ECF Nos. 163, 165, 167, and 169. The disgorgement, including prejudgment interest, and civil penalty amounts, if any, were left to be determined by the Commission's motion. The Commission now voluntarily dismisses its civil penalty claims against Balanced Financial, Fritts Financial, Koch Insurance, and Wendel Financial only.

With the voluntary dismissal of the civil penalty claim against Balanced Financial, Fritts Financial, Koch Insurance, and Wendel Financial, the only remaining issues are addressed in (1) Plaintiff's Unopposed Motion for Entry of Final Judgments against Certain Defendants and (2) Plaintiff's Motion for Entry of Final Judgments against Marcus Bradford Bray, Bradford Solutions, LLC, and Charles Nilosek, which are being filed concurrently with this notice.


January 15, 2021                                      Respectfully submitted,

                                   By: *Christine Nestor & Stephanie N. Moot*
                                        Christine Nestor & Stephanie N. Moot
                                        Counsel for the Plaintiff
                                        nestorc@sec.gov; moots@sec.gov
                                        FL Bar No. 597211; FL Bar No. 30377
                                        Telephone: (305) 982-6367; (305) 982-6313


**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is: U.S. SECURITIES AND EXCHANGE COMMISSION, 801 Brickell Avenue, Suite 1950, Miami, Florida 33131 Telephone No. (305) 982-6300; Facsimile No. (305) 536-4154. On January 15, 2021, I caused to be served the document entitled Plaintiff's Notice of

Voluntary Dismissal with Prejudice of Its Civil Penalty Claims against Certain Defendants, on all the parties to this action addressed as stated on the attached service list:

☐   **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐   **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐   **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐   **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐   **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐   **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒   **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐   **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

1

I declare under penalty of perjury that the foregoing is true and correct.

2

3

Date: January 15, 2021                    */s/ Stephanie N. Moot*
                                          Stephanie N. Moot

4

5

6

### SEC v. Robert Davis, Jr., et al.
### United States District Court – Central District of California
### Case No. 2:18-cv-10481-FMO (JC)

7

8

9

SERVICE LIST

10

Benette L. Zivley, Esq.

11

900 E. Pecan Street, Suite 300-#291
Pflugerville, TX 78660

12

Email: bzivley@outlook.com

13

14

Jonathan Schwartz, Esq.
4640 Admiralty Way, Suite 500

15

Marina Del Rey, CA 90292
Email: nasdlaw@aol.com

16

**Attorney for Defendants Robert S. Davis, Jr., Donald Anthony Mackenzie and Old**

17

**Security Financial Group, Inc.**

18

D. Loren Washburn, Esq.

19

Jacob Fonnesbeck, Esq.
8 East Broadway, Suite 320

20

Salt Lake City, UT 84111

21

Email: lwashburn@smithwashburn.com
jfonnesbeck@smithwashburn.com

22

23

Brennan Moss, Esq.
Pia Anderson Moss Hoyt

24

136 E. South Temple, 19th Floor

25

Salt Lake City, UT 84111
Email: bmoss@pamhlaw.com

26

**Attorneys for Defendants Aaron A. Andrew and Paramount Financial Services, Inc.**

27

28

4

Lori Patterson, Esq.
Mark D. Griffin, Esq.
Joshua Tropper, Esq.
Baker, Donaldson, Bearman, Caldwell & Berkowitz, P.A.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Email: lpatterson@bakerdonalson.com
mgriffin@bakerdonaldson.com
***Attorneys for Defendants Jeffrey L. Wendel and Wendel Financial Network, LLC, Richard Fritts and Fritts Financial, LLC, and Gregory A. Koch and Koch Insurance Brokers, LLC, Gregory W. Anderson and Balanced Financial, Inc.***


Derek C. Anderson, Esq. Susie Youn, Esq.
Winget, Spadafora & Schwartzberg, LLP
2440 Junction Place, Suite 101
Boulder, CO 80301
Email: Anderson.d@wssllp.com
Youn.s@wssllp.com
***Attorneys for Defendants Marcus Bradford Bray and Bradford Solutions, LLC***

Stanley C. Morris, Esq.
Corrigan and Morris LLP
12300 Wilshire Boulevard Suite 210
Los Angeles, CA 90025
310-394-2800
Fax: 310-394-2825
Email: scm@cormorllp.com
***Attorney for Defendant Charles Nilosek***